**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jessica S. Allen |
| v. | : | Mag. No. 19-6868 |
| JUANA GUTIERREZ | : | **ORDER FOR CONTINUANCE** |

     1.      This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Dong Joo Lee, Assistant U.S. Attorney, appearing), and defendant Juana Gutierrez (Stacy Biancamano, Esq., appearing)], for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through September 14, 2023.

     2.      This Court granted prior § 3161(h)(7)(A) continuances previously in this case.

     3.      Counsel for the parties represented that this additional continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

     4.      Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

     5.      The defendant knows that she has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after her arrest.

     6.      The defendant, through counsel, has consented to this continuance.

7.      FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a.      This case is sufficiently complex, as it involves a long term investigation, that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits provided by the Speedy Trial Act.

b.      Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

c.      Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this order is entered through September 14, 2023; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

/s/ Jessica S. Allen
HON. JESSICA S. ALLEN
United States Magistrate Judge

Dated: July 13, 2023

- 2 -

- 3 -

Form and entry consented to:


/s/ Dong Joo Lee                          /s/ Stacy Biancamano

_____               _____
Dong Joo Lee                              Stacy Ann Biancamano
Assistant U.S. Attorney                   Counsel for Juana Gutierrez